No. 11–6141.  FELDMAN v. TWENTIETH CENTURY FOX ET AL.
C. A. 1st Cir.  Certiorari denied.

No. 11–6142.  HAMMONTREE v. HOREL, WARDEN.  C. A. 9th
Cir.  Certiorari denied.

No. 11–6150.  REEVES v. FLORIDA.  Dist. Ct. App. Fla., 5th
Dist.  Certiorari denied.

No. 11–6155.  SANJARI v. GRATZOL.  Ct. App. Ind.  Certiorari denied.

No. 11–6156.  RICHARDSON v. WALKER, WARDEN.  C. A. 9th
Cir.  Certiorari denied.

No. 11–6161.  BLACK v. HOLDER, ATTORNEY GENERAL.  C. A.
11th Cir.  Certiorari denied.

No. 11–6170.  HALLFORD v. MENDEZ ET AL.  C. A. 9th Cir.
Certiorari denied.

No. 11–6171.  MITCHELL v. MISSOURI.  Ct. App. Mo., Western
Dist.  Certiorari denied.

No. 11–6172.  NORTHUP v. GINSEL, WARDEN, ET AL.  C. A. 5th
Cir.  Certiorari denied.

No. 11–6175.  HILL v. TUCKER, SECRETARY, FLORIDA DEPART-
MENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari
denied.

No. 11–6177.  GLEASON v. CATE, SECRETARY, CALIFORNIA DE-
PARTMENT OF CORRECTIONS AND REHABILITATION, ET AL. (two
judgments).  C. A. 9th Cir.  Certiorari denied.

No. 11–6185.  MANIGAULTE v. C. W. POST OF LONG ISLAND
UNIVERSITY.  C. A. 2d Cir.  Certiorari denied.

No. 11–6188.  JOE v. WALGREENS CO./ILL ET AL.  C. A. 8th
Cir.  Certiorari denied.

No. 11–6189.  HARRISON v. LAWLER, SUPERINTENDENT, STATE
CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL.  C. A. 3d
Cir.  Certiorari denied.

